

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2019

No. 04-18-00564-CR

David Lee **YOUNG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2062
Honorable Laura Lee Parker, Judge Presiding

# O R D E R

The trial court has filed a letter with this court requesting an extension of time in which to comply with our order issued on July 3, 2019. We **GRANT** the trial court's request.

We **ORDER** the trial court to determine whether the sitting district attorney and the district attorney's office are disqualified from prosecuting this appeal and file its written findings of fact and conclusions of law with the trial court clerk no later than **September 1, 2019**. Additionally, we **ORDER** the trial court clerk to file a supplemental clerk's record in this court no later than ten days after the trial court files its findings of facts and conclusions of law. We further **ORDER** the court reporter to file in this court a reporter's record of the hearing, along with copies of any documentary evidence admitted, no later than twenty days after the date of the hearing.

Additionally, this appeal is withdrawn from submission. This appeal will be resubmitted following reinstatement of the appeal on the court's docket.

It is so **ORDERED** on July 23, 2019.

**PER CURIAM**

ATTESTED TO:

Keith E. Hottle
Clerk of Court